IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WEST LIBERTY FOODS, L.L.C. <br><br> Plaintiff, <br><br> v. <br><br> PERDUE FARMS, INC., <br><br> Defendant. | CASE NO. _____ <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff West Liberty Foods, L.L.C. ("Plaintiff" or "WLF"), for its Complaint against Defendant Perdue Farms, Inc. ("Defendant" or "Perdue"), hereby states as follows:

## PARTIES

1. Plaintiff is an Iowa Limited Liability Company having its principal place of business in Iowa and offices throughout the state of Iowa, including in West Des Moines and Sigourney.

2. On information and belief, Defendant is a Corporation organized under the laws of the State of Maryland and having its principal place of business in Salisbury, Maryland.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), in that this action arises under the patent laws of the United States, 35 U.S.C. § 1 et seq.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)) and 1400(b). Defendant does business in this district.

## BACKGROUND

5. WLF owns all right, title and interest in United States Patent No. 7,707,931 (the '931 patent), which duly and legally issued on May 4, 2010, and which is valid, subsisting, and in full force and effect. A true and correct copy of the '931 patent is attached hereto as Exhibit A.

6. Defendant became aware of the '931 patent, at the latest, by means of a letter being sent by WLF to Defendant contemporaneously with the filing of this lawsuit. A true and correct copy of the letter is attached hereto as Exhibit B.

7. The '931 patent relates generally to food processing facilities that reduce the risk of food pathogens contaminating food products.

8. On information and belief, Defendant prepares and processes food products in a food processing facility that infringes one or more claims of the '931 patent.

### FIRST CLAIM FOR RELIEF
### (PATENT INFRINGEMENT OF THE '931 PATENT)

9. The allegations of paragraphs 1 to 8 are realleged and incorporated by reference.

10. On information and belief, Defendant has infringed and is continuing to infringe one or more claims of the '931 patent, either literally or under the doctrine of equivalents.

11. On information and belief, Defendant is violating WLF's rights in the '931 patent, in contravention of one or more subsections of the patent statute, 35 U.S.C. § 271.

12. On information and belief, Defendant's continued infringement after the date of the WLF letter attached as Exhibit B is willful and deliberate.

13. WLF is being damaged by Defendant's infringing activities and has been and will continue to be irreparably injured unless such activities are enjoined preliminarily and permanently by this Court.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues for which it is available.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff West Liberty Foods, L.L.C. prays for judgment as follows:

(a) That Defendant and its owners, officers, agents, servants, employees, and all persons acting in active concert or participation with any of them, be enjoined preliminarily and permanently from infringing the '931 patent;

(b) That an accounting occur to determine the damages caused by Defendant's infringing actions and that WLF be awarded its damages;

(c) That the damages awarded to WLF be trebled pursuant to 35 U.S.C. § 284 as a result of Defendant's willful and deliberate infringement of the '931 patent;

(d) That WLF be awarded costs and expenses, as well as its reasonable attorney fees incurred in this action, pursuant to 35 U.S.C. § 285;

(e) That WLF be awarded pre- and post-judgment interest as provided by law; and

(f) That WLF be awarded such other and further necessary and proper relief as this Court may deem just.

Date: June 10, 2010

/s/ David A. Tank

David A. Tank (AT0007732)
Angela E. Dralle (AT0002077)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 3900
Des Moines, Iowa  50309
Tel: (515) 283-1000, Fax: (515) 283-1060
Email:  tank.dave@dorsey.com
        dralle.angela@dorsey.com
**ATTORNEYS FOR PLAINTIFF**